IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRY FOSTER,

    Petitioner,

v.                                        CASE NO. 4:04-cv-00237-MP-AK

JAMES V CROSBY, JR,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendations of the Magistrate Judge, recommending that Doc. 6, Respondent's Motion to Dismiss as untimely Mr. Foster's Petition for Habeas Corpus, Doc. 1, be granted and this cause be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Friday, March 25, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. The Petitioner has objected to the Magistrate's findings, Doc. 10, to which the Respondent has filed a response, Doc. 11. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In his objection, Petitioner requests that this Court stay the current proceedings until the United States Supreme Court decides whether to grant a writ of certiorari in Pitts v. Crosby, 125 Fed.Appx. 978 (11th Cir. 2004). However, the Supreme Court has since denied certiorari in that case. 125 S.Ct. 1977 (2005), *reh'g denied*, 2005 WL 1797109, at *1 (2005). Accordingly, Petitioner's request is now moot. Therefore, having considered the Report and Recommendation and objections thereto timely filed, I have determined that the Report and Recommendation

should be adopted.

### ORDERED AND ADJUDGED:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss, Doc. 6, is hereby GRANTED Accordingly, Mr. Foster's Petition for Writ of Habeas Corpus, Doc. 1, is DISMISSED WITH PREJUDICE..

**DONE AND ORDERED** this __28th__ day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge